USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

VISHAL SHAH, an individual, on behalf of himself, the general public, and those similarly situated,

Plaintiff,

v.

POLITICO LLC,

Defendant.

Case No: 5:25-cv-05213-NW

**DEFENDANT POLITICO LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

DATE: November 5, 2025
TIME: 9:00 a.m.
CRTRM: 3

Complaint Filed: June 20, 2025
Trial Date: Not Set

**PLEASE TAKE NOTICE** that on November 5, 2025, at 9:00 a.m., in Courtroom 3 of the above-captioned Court, located at 280 South First Street, San Jose, California 95113, and for the United States District Court for the Northern District of California, Defendant POLITICO LLC (hereinafter "Defendant") will move this Court for an order to dismiss Plaintiff Vishal Shah's ("Plaintiff") Class Action Complaint. This motion is made pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and Rule 12(b)(6) or other applicable rule on the following grounds:

1. **Lack of Article III Standing**: Plaintiff has failed to allege facts demonstrating a concrete and particularized injury-in-fact that is fairly traceable to Defendant's conduct and likely to be readdressed by a favorable decision.
2. **Statute of Limitations Expired**: Plaintiff's claims under the California Invasion of Privacy Act are time-barred under the applicable limitation periods, as the alleged events occurred more than one year prior to the filing of this action, and no basis for tolling has been alleged.
3. **Failure to State a Claim**: Plaintiff has not pled sufficient facts to state any plausible claim for relief for the following causes of action: Invasion of Privacy, Intrusion Upon Seclusion, California Penal Code § 631, California Penal Code § 638.51, Common Law Fraud, Deceit and/or Misrepresentation, Unjust Enrichment, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Trespass to Chattels.

/ / /

/ / /

/ / /

Defendant respectfully requests that the Court grant this Motion and dismiss Plaintiff's Complaint in its entirety, with prejudice. This motion is based on this Notice, the Memorandum of Points and Authorities attached hereto, the Declaration of Danielle Kays, Request for Judicial Notice, [Proposed] Order, and all papers previously filed in this matter, and on such other and further evidence which may be presented at the time of the hearing.

Dated: August 14, 2025

FISHER & PHILLIPS LLP

By: /s/ *Danielle Kays*

DANIELLE KAYS (*PRO HAC VICE*)
USAMA KAHF
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On August 14, 2025 I served the foregoing document entitled **DEFENDANT POLITICO LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Seth Adam Safier<br>Marie Ann McCrary<br>Todd Kennedy<br>Kali R. Backer<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ***Attorneys for Plaintiff***<br>***VISHAL SHAH***<br><br>Tel: 415.639.9090<br>Fax: 415.449.6469<br>Email: seth@gutridesafier.com<br>marie@gutridesafier.com<br>todd@gutridesafier.com<br>kali@gutridesafier.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed August 14, 2025 at Irvine, California.

Stephanie A. Crisp
Print Name

By: ______________________
Signature