USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant POLITICO LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| VISHAL SHAH, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POLITICO LLC,<br><br>Defendant. | Case No: 5:25-cv-05213-NW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT POLITICO LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE: November 5, 2025<br>TIME: 9:00 a.m.<br>CRTRM: 3<br><br>Complaint Filed: June 20, 2025<br>Trial Date: Not Set |

Pursuant to Federal Rule of Evidence 201, Defendant POLITICO LLC hereby requests that the Court take judicial notice of the following documents, which are attached hereto as exhibits:

1. **Exhibit A** – A true and correct copy of the petition in *Shah v. POLITICO LLC*, Case No. 4:25-cv-01338 (N.D. Cal. Feb. 7, 2025), ECF No. 1, including sub-exhibits A through C attached to the petition. Pleadings from the docket of a case in federal court are properly subject to judicial notice. *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996).

   (a) **Sub-Exhibit A** – Decision Re: Non-Arbitrability issued by Arbitrator Hon. Gary Nadler (Ret.), dated July 29, 2024.

   (b) **Sub-Exhibit B** – Complaint and Demand for Arbitration filed by Plaintiff Vishal Shah on December 21, 2023.

   (c) **Sub-Exhibit C** – Notice of Closing File issued by JAMS Associate Business Manager John M. Peterson, dated August 21, 2024.

2. **Exhibit B** – A true and correct copy of the Order to Show Cause and Vacating July 2, 2025 Initial Case Management Conference in *Shah v. POLITICO LLC*, Case No. 4:25-cv-01338 (N.D. Cal. Feb. 7, 2025) dated June 27, 2025, ECF No. 33.

3. **Exhibit C** - A true and correct copy of the Docket #36 and Join Stipulation of Voluntary Dismissal without Prejudice in *Shah v. POLITICO LLC*, Case No. 4:25-cv-01338 (N.D. Cal. Feb. 7, 2025) dated July 2, 2025, ECF No. 36.

4. **Exhibit D** – A true and correct copy of the complaint in *Shah v. SelectQuote Ins. Serv. et al.*, Case No. 2:24-cv-02023 (D. Kan. Jan. 17, 2025), ECF No. 1.

5. **Exhibit E** – A true and correct copy of the complaint in *Saeedy et al. v. Microsoft Corporation*, Case No. 2:24-cv-00219 (W.D. Wash. Feb. 16, 2024), ECF No. 1.

6. **Exhibit F** – A true and correct copy of the complaint in *Shah v. Fandom, Inc.*, Case No. 3:24-cv-01062 (N.D. Cal. Feb. 21, 2024), ECF No. 1.

7. **Exhibit G** – A true and correct copy of the complaint in *Shah et al. v. Capital One Financial Corp.*, Case No. 3:24-cv-05985 (N.D. Cal. Aug. 26, 2024), ECF No. 1.

8. **Exhibit H** – A true and correct copy of the complaint in *Shah et al v. Hilton Worldwide Holdings Inc.*, Case No. 5:25-cv-01018 (N.D. Cal. Jan. 31, 2025), ECF No. 1.

9. **Exhibit I** – A true and correct copy of the complaint for declaratory judgement in *Janie & Jack LLC v. Abbasi et al*, Case No. 3:25-cv-01913 (N.D. Cal. Feb. 24, 2025), ECF No. 1.

(a) **Sub-Exhibit A** – A full list of the 2,408 Claimants who filed a Demand for Arbitration, including Vishal Shah, who claims to have visited defendant's website and alleges violation of the California Invasion of Privacy Act due to the installation of tracking software/embedded pixels supplied by third parties.

10. **Exhibit J** – A true and correct copy of the petition in *Shah v. Constellation Brands, Inc.*, Case No. 3:25-cv-01325 (N.D. Cal. Feb. 7, 2025), ECF No. 1, available on Northern District Court of California's docket through PACER at https://pacer.uscourts.gov, including exhibits J-A through J-C attached to the petition.

(a) **Sub-Exhibit A** – Decision Re: Non-Arbitrability of Dispute issued by Arbitrator David Handsher, dated October 2, 2024.

(b) **Sub-Exhibit B** – Complaint and Demand for Arbitration filed by Plaintiff Vishal Shah on December 21, 2023.

(c) **Sub-Exhibit C** – Letter of Closure issued by AAA Manager of ADR Services Christina Negrete, dated November 13, 2024.

11. **Exhibit K** – A true and correct copy of the class action complaint in *Shah v. Universal Music Group, Inc.*, Case No. 5:25-cv-03095 (N.D. Cal. April 4, 2025), ECF No. 1.

12. **Exhibit L** – A true and correct copy of the class action complaint in *Shah v. MyFitnessPal, Inc.*, Case No. 5:25-cv-04430 (N.D. Cal. May 23, 2025), ECF No. 1.

13. **Exhibit M** – A true and correct copy of the Order Granting Motion to Dismiss in *Mitchener v. CuriosityStream Inc. et al.*, Case No. 25-cv-01471-NW (N.D. Cal. 2025), ECF No. 29.

14. **Exhibit N** – A true and correct copy of California Assembly Bill No. 929, 2015-2016 Regular Session.

15. **Exhibit O** – A true and correct copy of California Assembly Bill No. 1242, 2021-2022 Regular Session.

Judicial notice of Exhibits A, B, C, D, E, F, G, H, I J, K, L, M, N, and O is proper as judicial notice may be taken of documents filed in court proceedings. Fed. R. Evid. 201; *Harris v. Cty. of Orange*,

682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of . . . documents on file in federal or state courts."); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of pleadings, memoranda, and other court filings).

Moreover, judicial notice of Exhibits A, B, and C is proper under Federal Rule of Evidence 201, which provides that a "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). A federal court must take judicial notice of facts "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Finally, judicial notice of Exhibits A, B, and C is proper as documents that are matters of public record may also be judicially noticed. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("[A] court may take judicial notice of 'matters of public record.'"); *Allergan USA, Inc. v. Prescribers Choice, Inc.*, 364 F.Supp.3d 1089, 1095 (C.D. Cal. 2019); *Rodriguez v. Ford Motor Co.*, 722 F. Supp. 3d 1104, 1111 (S.D. Cal. 2024) ("A court may properly take judicial notice of legislative history.") (quotations and citations omitted) (emphasis in original).

Based on the foregoing, POLITICO LLC respectfully requests that this Court take judicial notice of the above-referenced documents for purposes of POLITICO LLC's Motion to Dismiss.

Dated: August 14, 2025

FISHER & PHILLIPS LLP

By: /s/ *Danielle Kays*
DANIELLE KAYS (*PRO HAC VICE*)
USAMA KAHF
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On August 14, 2025 I served the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT POLITICO LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on all the appearing and/or interested parties in this action addressed as follows:

Seth Adam Safier
Marie Ann McCrary
Todd Kennedy
Kali R. Backer
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

***Attorneys for Plaintiff***
***VISHAL SHAH***

Tel: 415.639.9090
Fax: 415.449.6469
Email: seth@gutridesafier.com
marie@gutridesafier.com
todd@gutridesafier.com
kali@gutridesafier.com

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed August 14, 2025 at Irvine, California.

Stephanie A. Crisp
Print Name

By: [signature]
Signature