**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH,

Plaintiff,

v.

POLITICO LLC,

Defendant.

Case No. 25-cv-05213 NW(NC)

**ORDER TERMINATING DISCOVERY MOTIONS AT DKTS. 35, 36, AND 37 FOR INSUFFICIENT MEET AND CONFER**

Presented to the Court are three discovery motions discussing Plaintiff's discovery subpoenas to third parties. Dkts. 35, 36, and 37. The Court is not satisfied by the quality of the "meet and confer" process between counsel before these motions were filed. Counsel are ordered to try harder, in the interest of Federal Rule of Civil Procedure 1: the "just, speedy, and inexpensive" determination of every action and proceeding.

The Court terminates Dkts. 35, 36, and 37 without prejudice. Counsel are ordered to confer further in an effort to resolve the discovery issues. If they are unable to resolve the dispute, they may file a joint discovery letter brief, not to exceed 5 pages, by October 24, 2025. If a timely and compliant letter brief is filed, the Court will host a discovery hearing on October 29, 2025, at 11:00 a.m. in San Jose courtroom 5.

IT IS SO ORDERED.

Date: October 10, 2025

Nathanael M. Cousins
United States Magistrate Judge