UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH,<br><br>    Plaintiff,<br><br>v.<br><br>POLITICO LLC,<br><br>    Defendant. | Case No. 25-cv-05213-NW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: ECF No. 50 |

Before the Court is Defendant Politico LLC's motion for relief from an order issued by Judge Cousins denying Politico's motion to stay discovery. ECF No. 50; L.R. 72-2.

When reviewing a party's objections to a magistrate judge's nondispositive order, the district judge must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). A district court should only overturn a magistrate judge's ruling "if it is left with the 'definite and firm conviction that a mistake has been committed.'" *E.E.O.C. v. Peters' Bakery*, 301 F.R.D. 482, 484 (N.D. Cal. 2014) (quoting *Burdick v. C.I.R.*, 979 F.2d 1369, 1370 (9th Cir. 1992)).

Judge Cousins' order was not clearly erroneous or contrary to law. The Court has reviewed the transcript of the hearing in which Judge Cousins made his ruling, *see* ECF No. 50-2, and finds his reasoning both persuasive and fair. Additionally, the Court has taken a "preliminary peek" at the merits of the motion to dismiss and presently believes that at least some of the claims

\\
\\
\\
\\

will survive beyond the motion to dismiss stage. The Court will develop its reasoning and issue an order on that motion.

Accordingly, Politico's motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 21, 2025

Noël Wise
United States District Judge