USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| VISHAL SHAH, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POLITICO LLC,<br><br>Defendant. | Case No: 5:25-cv-05213-NW<br><br>**DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION**<br><br>Complaint Filed: June 20, 2025<br>Trial Date: Not Set |

Pursuant to Local Rule 7.3(d)(2), and in furtherance of POLITICO LLC's Motion to Dismiss (ECF No. 18), POLITICO LLC respectfully submits for the Court's consideration a recent decision from the United States District Court for the Central District of California. This decision, issued after the filing of POLITICO LLC's Reply, is directly relevant to the issues raised in the Motion to Dismiss, as the case discusses the applicability of *Eichenberg v. ESPN, Inc.*, 876 F.3d 979 (9th Cir. 2017) and *In re Facebook, Inc. Internet Tracking Litigation*, 956 F.3d 589 (9th Cir. 2020) after the Ninth Circuit's recent decision in *Popa v. Microsoft Corp.*, 153 F.4th 784, 789 (9th Cir. 2025), which is discussed in POLITICO's Reply Brief. *See* Dkt. No. 31, p 3-4. *See Peter Dawidzik v. Tesla, Inc.*, No. EDCV 25-01982-KK-SPX, 2025 WL 3786963 (C.D. Cal. Dec. 29, 2025). A copy of the decision is attached hereto as Exhibit A.

Dated: January 13, 2026

**FISHER & PHILLIPS LLP**

By: */s/ Catherine M. Contino*

USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Philadelphia, Pennsylvania. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 100 N. 18th St., 12th Fl., Philadelphia, PA 19103.

On January 13, 2026 I served the foregoing document entitled **DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION** on all the appearing and/or interested parties in this action addressed as follows:

Seth Adam Safier
Marie Ann McCrary
Todd Kennedy
Kali R. Backer
Andreas Moffett
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

***Attorneys for Plaintiff VISHAL SHAH***

Tel: 415.639.9090
Fax: 415.449.6469
Email: seth@gutridesafier.com
marie@gutridesafier.com
todd@gutridesafier.com
kali@gutridesafier.com
andreas@gutridesafier.com

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed January 13, 2026 at Fairport, New York.

Catherine M. Contino
Print Name

By: *Catherine M. Contino*
Signature