USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| VISHAL SHAH, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POLITICO LLC,<br><br>Defendant. | Case No: 5:25-cv-05213-NW<br><br>**DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION**<br><br>Complaint Filed: June 20, 2025<br>Trial Date: Not Set |

Pursuant to Local Rule 7.3(d)(2), and in furtherance of POLITICO LLC's Motion to Dismiss (ECF No. 18), POLITICO LLC respectfully submits for the Court's consideration a recent decision from the United States District Court for the Central District of California. This decision, issued after the filing of POLITICO LLC's Reply, is directly relevant to the issues raised in the Motion to Dismiss, as the case was filed by the same Plaintiff and Plaintiff's counsel and includes nearly verbatim allegations on the wiretapping, pen register, common law fraud, and trespass to chattels claims, which were all dismissed by the court. *See Shah v. MyFitnessPal, Inc.*, No. 25-CV-04430-PCP, 2026 WL 216334 (N.D. Cal. Jan. 27, 2026). A copy of the decision is attached hereto as Exhibit A and a copy of the complaint filed in that matter is attached hereto as Exhibit B.

Dated: January 30, 2026

**FISHER & PHILLIPS LLP**

By: */s/ Catherine M. Contino*
USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Philadelphia, Pennsylvania. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 100 N. 18th St., 12th Fl., Philadelphia, PA 19103.

On January 30, 2026 I served the foregoing document entitled **DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION** on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Seth Adam Safier<br>Marie Ann McCrary<br>Todd Kennedy<br>Kali R. Backer<br>Andreas Moffett<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ***Attorneys for Plaintiff***<br>***VISHAL SHAH***<br><br>Tel: 415.639.9090<br>Fax: 415.449.6469<br>Email: seth@gutridesafier.com<br>marie@gutridesafier.com<br>todd@gutridesafier.com<br>kali@gutridesafier.com<br>andreas@gutridesafier.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed January 30, 2026 at Fairport, New York.

Catherine M. Contino — Print Name

By: *Catherine M. Contino* — Signature