United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISHAL SHAH,
Plaintiff,
v.
POLITICO LLC,
Defendant.

Case No. 25-cv-05213 NW (NC)

**ORDER RESOLVING UPDATED DISCOVERY STATUS REPORT**

RE: ECF 57, 73

This order catches up with and resolves discovery disputes presented in the most recent joint discovery report, ECF 73. That report referenced and supplemented discovery hearings held on January 7, 2026 (ECF 65) and October 29, 2025 (ECF 45); Plaintiff's requests for discovery sanctions made in ECF 57 and 63; an earlier discovery letter brief filed at ECF 57; and supplemental discovery responses filed by Defendant at ECF 67 and 71.

***Not addressed*** in this order are two related discovery issues: (1) a stipulated discovery protective order, which the Court granted separately today at ECF 95; and (2) an ESI protocol, which is briefed and scheduled for hearing on March 25, 2026 (ECF 78, 90).

Returning to the discovery update in ECF 73, Plaintiff requested three remedies against Defendant. This order addresses them in the order presented:

- Request: Order that Defendant has waived all objections. Order: Denied. The Court understands Plaintiff's frustration with the delayed and slow start to discovery. The Court finds that the Defendant's behavior does not amount to a failure to comply with a Court Order in violation of Fed. R. Civ. P. 37 or a failure to participate in framing a discovery plan. Defendant did comply with the Court's order to supplement at ECF 65 and the parties recently have agreed to a protective order. This is not the same as the Court sustaining all of Defendant's objections. The Court is only addressing waiver.
- Request: Compel Defendant to respond to Interrogatory No. 7. Order: Granted. Defendant's objections are overruled. Defendant is ordered to serve a supplemental response to Interrogatory No. 7 by April 3, 2026.
- Request: Award Plaintiff $22,628.00 in attorney's fees and costs, as requested in ECF 63. Order: Denied. The positions of both sides were substantially justified. Fed. R. Civ. P. 37(a)(5). During the early phase of discovery, the Court has resolved Defendant's motion to dismiss and motion to stay and the parties have agreed to a protective order. The Court is hopeful that after an ESI protocol is established, the litigation turbulence will subside.

In conclusion, this order grants in part and denies in part the relief requested by Plaintiff in ECF 73. The Court terminates ECF 57 as superseded. No fees or costs are awarded. This order does not resolve the proposed ESI protocol, which is scheduled for discussion on March 25, 2026.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: March 20, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge