USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE*)
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE*)
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA  19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA  92121
Telephone: (858) 597-9632

Attorneys for Defendant
POLITICO LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| VISHAL SHAH, an individual, on behalf of himself, the general public, and those similarly situated, | Case No: 5:25-cv-05213-NW |
| Plaintiff, | **DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION** |
| v. | |
| POLITICO LLC, | Complaint Filed:  June 20, 2025 |
| Defendant. | Trial Date:          Not Set |

1
DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION

FP 63889875.1

Pursuant to Local Rule 7.3(d)(2), and in furtherance of POLITICO LLC's Opposition to Plaintiff Vishal Shah's Motion for Leave to File Amended Complaint respectfully submits for the Court's consideration a recent decision from the United States District Court for the Northern District of California. This decision, issued after the filing of POLITICO LLC's Opposition, is directly relevant to the issues raised in the Opposition, and specifically the arguments related to the futility of amendment and the inapplicability of equitable tolling. *See Daniel Pemberton v. Restaurant Brands International, Inc. et al.*, Case No. 25-cv-03647-JSC (N.D. Cal. 2026). A copy of the decision is attached hereto as Exhibit A.

Dated:  May 13, 2026                           **FISHER & PHILLIPS LLP**


By: */s/ Xuan Zhou*
USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Philadelphia, Pennsylvania. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive Suite 1000 San Diego, CA 92121.

On May 13, 2026 I served the foregoing document entitled **DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISION** on all the appearing and/or interested parties in this action addressed as follows:

Seth Adam Safier
Marie Ann McCrary
Todd Kennedy
Kali R. Backer
Andreas Moffett
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

*Attorneys for Plaintiff*
*VISHAL SHAH*

Tel:        415.639.9090
Fax:       415.449.6469
Email:    seth@gutridesafier.com
            marie@gutridesafier.com
            todd@gutridesafier.com
            kali@gutridesafier.com
            andreas@gutridesafier.com

☒  **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐  **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed May 13, 2026 at San Diego, California.

Angelica Green-Rosas
——————————————
Print Name

By: _Angelica Green-Rosas_
                    Signature

1
CERTIFICATE OF SERVICE