UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| VISHAL SHAH,<br><br>    Plaintiff,<br><br>    v.<br><br>POLITICO LLC,<br><br>    Defendant. | Case No. 25-cv-05213-NW<br><br>**ORDER DENYING AS MOOT MOTION TO AMEND; DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT AS STANDALONE DOCKET ENTRY; SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 85 |

On February 6, 2026, this Court granted in part and denied in part Defendant POLITICO LLC's motion to dismiss Plaintiff Vishal Shah's complaint.  Order, ECF No. 74.  In particular, the Court denied the motion as to Counts I, II, and V, allowing those claims to go forward without amendment, and dismissed with leave to amend Counts III, IV, VI, VII, VIII, and IX.  The Court Ordered Plaintiff to file any amended complaint by February 27, 2026, and prohibited Plaintiff from "add[ing] new claims or defendants without prior leave of the [C]ourt." *Id.* at 16.

Plaintiff stated that in "an abundance of caution" he filed a motion for leave to amend to add two plaintiffs, Heidi Willis and Stacy Penning (the "New Plaintiffs"), in his proposed first amended complaint ("FAC").  ECF No. 85.  Though the Court appreciates the caution Plaintiff has taken to abide by the Court's Order, the motion itself was unnecessary. The Court only proscribed the addition of new claims or defendants; it did not place any limitations on the addition of new plaintiffs.  For that reason, Plaintiff's February 27, 2026 motion to amend the complaint is DENIED AS MOOT.  Plaintiff is DIRECTED to file his FAC (now at ECF No. 85-2), without any changes, as a standalone document on the docket by June 4, 2026, at 5:00 p.m., at which point the FAC will become the operative complaint in this matter.

Because this case has now been pending for nearly a year and it still is not fully at issue, the Court SETS an expedited briefing schedule on any forthcoming answer and/or motion to dismiss.

1.    Defendant's response to the complaint currently available at ECF No. 85-2 (and soon to be filed separately on the docket) is due no later than June 10, 2026, at 5:00 p.m.

2.    If Defendant elects to file a motion to dismiss, any opposition is due no later than June 17, 2026, at 5:00 p.m.

3.    Any reply is due no later than June 22, 2026, at 5:00 p.m.

Finally, the Court reminds Defendant that it "expressly direct[ed] Politico to begin meaningful engagement in the discovery process immediately." *See* ECF No. 88.  The Court reaffirms that Order here.

**IT IS SO ORDERED.**

Dated: June 3, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2