USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE*)
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE*)
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA  19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA  92121
Telephone: (858) 597-9632

Attorneys for Defendant POLITICO LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE

| | |
|---|---|
| VISHAL SHAH, HEIDI WILLIS, and STACY PENNING, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>POLITICO LLC,<br><br>               Defendant. | Case No: 5:25-cv-05213-NW (NMC)<br><br>**DECLARATION OF DANIELLE KAYS IN SUPPORT OF DEFENDANT POLITICO LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>DATE:       September 16, 2026<br>TIME:       9:00 a.m.<br>CRTRM:    3<br><br>Complaint Filed: June 20, 2025<br>FAC Filed:     June 4, 2026<br>Trial Date:    Not Set |

DECLARATION OF DANIELLE KAYS ISO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**<u>DECLARATION OF DANIELLE KAYS</u>**

I, Danielle Kays, hereby declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the State of Illinois. I am an attorney with Fisher & Phillips LLP and counsel of record for Defendant POLITICO LLC ("POLITICO"). Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      On August 18, 2023, Plaintiff Vishal Shah sent POLITICO a demand letter, alleging that POLITICO allowed unauthorized third-party cookies to be used and placed on its website.

3.      On December 21, 2023, Plaintiff Shah commenced the arbitration proceeding with JAMS and filed a 55-page Complaint and Demand for Arbitration, following the August 18, 2023 demand letter.

4.      On July 29, 2024, the arbitrator from JAMS determined that the matter was not subject to arbitration per Plaintiff Shah's request that he does not assent to POLITICO's arbitration agreement and the arbitration is unenforceable. On August 21, 2024, JAMS issued a letter to close the arbitration matter.

5.      On February 7, 2025, Plaintiff Shah filed a petition in this Court to confirm JAMS's July 29, 2024 arbitration decision. On June 27, 2025, the Court ordered the parties to explain whether subject matter jurisdiction existed because the arbitration decision provided no monetary relief and therefore appeared insufficient to satisfy the amount in controversy requirement under 28 U.S.C. § 1332. Thereafter, on July 2, 2025, the parties stipulated to dismiss the petition without prejudice.

6.      On June 20, 2025, Plaintiff Shah filed a putative class action complaint (the "Complaint") with this Court, asserting nine causes of action: (1) invasion of privacy, (2) intrusion upon seclusion, (3) wiretapping in violation of the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 631, (4) CIPA, Cal. Penal Code § 638.51, (5) common law fraud, deceit and/or misrepresentation, (6) unjust enrichment, (7) breach of contract, (8) breach of implied covenant of good faith and fair dealing, and (9) trespass to chattels.

7.      On August 14, 2025, POLITICO moved to dismiss the Complaint.

DECLARATION OF DANIELLE KAYS ISO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

8.      On February 6, 2026, the Court granted POLITICO's motion in part, dismissing six of Shah's nine claims, including his claims under CIPA § 631 and § 638.51, as well as his claims for unjust enrichment, breach of contract, breach of the implied covenant of good faith and fair dealing, and trespass to chattels. The Court held that Shah's CIPA claims were barred by the applicable one-year statute of limitations because he had unreasonably delayed filing suit for at least 452 un-tolled days, including 326 days after the arbitrator determined that the dispute was not subject to arbitration. The Court nevertheless granted Shah leave to amend to "allege facts that justified his delay in filing the complaint."

9.      On February 17, 2026, Plaintiff Shah's counsel notified POLITICO that Heidi Willis and Stacy Penning intended to join this action as additional plaintiffs and contended that neither had assented to POLITICO's arbitration agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2026, at Bloomington, Illinois.

/s/ Danielle Kays
Danielle Kays

DECLARATION OF DANIELLE KAYS ISO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On June 10, 2026 I served the foregoing document entitled **DECLARATION OF DANIELLE KAYS IN SUPPORT OF DEFENDANT POLITICO LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Seth Adam Safier<br>Marie Ann McCrary<br>Todd Kennedy<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ***Attorneys for Plaintiffs***<br>***VISHAL SHAH, HEIDI WILLIS, and STACY PENNING***<br><br>Tel:     415.639.9090<br>Fax:    415.449.6469<br>Email:   seth@gutridesafier.com<br>           marie@gutridesafier.com<br>           todd@gutridesafier.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 10, 2026 at Irvine, California.

Stephanie A. Crisp
_____
Print Name

By: _____
Signature

FP 64413246.3