United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VISHAL SHAH,
Plaintiff,
v.
POLITICO LLC,
Defendant.

Case No. 25-cv-05213 NW (NC)

**ORDER REQUESTING SUPPLEMENTAL MATERIAL FOR DISCOVERY DISPUTE**

RE: ECF 109

This order requests supplemental materials in connection with the discovery dispute at ECF 109 concerning Plaintiff's Interrogatory Requests Nos. 7 and 4. As to Rog. No. 7, Politico is ordered to file by June 18, 2026: (1) its supplemental responses, including its response served April 3, 2026; and (2) a declaration summarizing its May 22 document production, referenced at ECF 109 p. 4. No additional argument is desired.

**IT IS SO ORDERED.**

Dated: June 16, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge