USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant POLITICO LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| VISHAL SHAH, HEIDI WILLIS, and STACY PENNING, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLITICO LLC,<br><br>Defendant. | Case No: 5:25-cv-05213-NW (NMC)<br><br>**DECLARATION OF CATHERINE M. CONTINO IN SUPPORT OF REQUESTED SUPPLEMENTAL MATERIALS PURSUANT TO COURT ORDER (ECF 112)**<br><br>Complaint Filed: June 20, 2025<br>FAC Filed: June 4, 2026<br>Trial Date: Not Set |

**DECLARATION OF CATHERINE M. CONTINO**

I, **Catherine M. Contino**, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the States of New York, Pennsylvania, and New Jersey. I am an attorney with Fisher & Phillips LLP and counsel of record for Defendant POLITICO LLC ("POLITICO"). Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. In response to this Court's Order issued on June 16, 2026 (ECF No. 112), I submit this Declaration on behalf of POLITICO LLC.

3. On April 3, 2026, POLITICO served a supplemental response to Interrogatory No. 7 to Plaintiffs' counsel. A copy of that response is attached hereto as Exhibit A.

4. On June 8, 2026, POLITICO served an additional supplemental response to Interrogatory 7 to Plaintiffs' counsel. A copy of that response is attached hereto as Exhibit B.

5. On May 22, 2026, POLITICO produced the following documents to Plaintiffs' counsel:

(a) A HTTP Archive ("HAR") file, preserved on September 12, 2023; and

(b) 45 pages of screenshots from POLITICO's website, preserved on September 9, 2023.

6. The HAR file produced is approximately 28 megabytes and was preserved on September 12, 2023.

7. A HAR file is a JSON-formatted archive file that is formatted to reflect a web browser's interaction with a website.

8. A HAR file records all network requests and responses between a web browser and a website's server, providing a timeline of what a browser was doing when loading a website.

9. A HAR file captures a significant amount of data. Specifically, it captures detailed information like headers, cookies, timings, and payload data.

10. The components of a HAR file include the following: (a) entries, wherein every network request and response is recorded as an entry; (b) request, including the URL, method (GET, POST), headers, query strings, and cookies; (c) response, including status code, headers, cookies, and content (e.g., HTML, JSON, and images); (d) timings, including a breakdown of how long different phases took

to load, including DNS lookup, connection, SSL handshake, request sent, waiting, and receiving data; and (e) content size, which includes the size of the request and response bodies.

11. The HAR file produced to Plaintiffs includes all the information described above reflects how the website interacted from the browser side on September 12, 2023, which was during the relevant class period and soon after Plaintiff Shah issued his initial demand letter and preservation request on August 18, 2023.

12. The 45 pages of screenshots, preserved in a PDF format from September 9, 2023, are visual representations of how POLITICO's website looked on that date, which was during the relevant class period and soon after Plaintiff Shah issued his initial demand letter and preservation request on August 18, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2026, in Fairport, New York.

*<u>/s/ Catherine M. Contino</u>*
Catherine M. Contino

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On June 18, 2026 I served the foregoing document **DECLARATION OF CATHERINE M. CONTINO IN SUPPORT OF REQUESTED SUPPLEMENTAL MATERIALS PURSUANT TO COURT ORDER (ECF 112)** on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Rajiv Thairani<br>Seth Adam Safier<br>Marie Ann McCrary<br>Todd Kennedy<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ***Attorneys for Plaintiffs***<br>***VISHAL SHAH, HEIDI WILLIS, and STACY PENNING***<br><br>Tel: 415.639.9090<br>Fax: 415.449.6469<br>Email: rajiv@gutridesafier.com<br>seth@gutridesafier.com<br>marie@gutridesafier.com<br>todd@gutridesafier.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 18, 2026 at Irvine, California.

Stephanie A. Crisp
Print Name

By: [signature]
Signature