USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

VISHAL SHAH, HEIDI WILLIS, and STACY PENNING, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

POLITICO LLC,

Defendant.

Case No: 5:25-cv-05213-NW

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT POLITICO LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Complaint Filed: June 20, 2025
FAC Filed: June 4, 2026
Trial Date: Not Set

Pursuant to Federal Rule of Evidence 201, Defendant POLITICO LLC respectfully requests that the Court take judicial notice of the following documents in support of its Reply in support of its Motion to Dismiss Plaintiffs' First Amended Complaint. Judicial notice is appropriate when the following documents can be "accurately and readily determined" from the exhibits attached hereto and the accuracy of those exhibits "cannot reasonably be questioned." Fed. R. Evid. 201(b).

1. Exhibit A – A true and correct copy of the Order for Dismissal with Prejudice in *Heiting v. Wildflower Brands*, No. 25STCV18507 (Cal. Super. Ct., Los Angeles Cnty., April 16, 2026). The existence, filing date, and allegations reflected in the Order are not subject to reasonable dispute because they are matters of public court record and may be noticed for the fact of filing and the statements made therein.

2. Exhibit B – A true and correct copy of the Order Re Defendant's Demurrer to the Complaint in *Schallert v. Palo Alto Networks, Inc.*, No. 25STCV17109 (Cal. Super. Ct., Los Angeles Cnty., Mar. 6, 2026). The existence, filing date, and allegations reflected in the Order are not subject to reasonable dispute because they are matters of public court record and may be noticed for the fact of filing and the statements made therein.

3. Exhibit C – A true and correct copy of the Order Re: Defendant's Motion Demurrer to Complaint in *Attebery v. Atlas Financial Solutions, Inc.*, No. 25STCV30118 (Cal. Super. Ct., Los Angeles Cnty., May 8, 2026). The existence, filing date, and allegations reflected in the Order are not subject to reasonable dispute because they are matters of public court record and may be noticed for the fact of filing and the statements made therein

It is well established that federal courts may take judicial notice of related state court orders and proceedings. *See Dawson v. Mahoney,* 451 F.3d 550, 551 (9th Cir. 2006) (taking judicial notice of state court orders and proceedings); *see also United States v. Black,* 482 F.3d 1035, 1041 (9th Cir. 2007) (stating that an appellate court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *Farahani v. Floria,* No. 12-CV-04637-LHK, 2013 WL 1703384, at*1 n. 1 (N.D. Cal. Apr. 19, 2013) ("The remaining documents submitted for judicial notice are all documents filed in previous and concurrent lawsuits, which are similarly suitable for judicial notice under Fed. R. Evid. 201(b)").

Pleadings from the docket of a case in federal court are properly subject to judicial notice. *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). Exhibits A-C are official court records or pleadings from related state court proceedings. Under Rule 201(b) and controlling Ninth Circuit authority, the Court may properly take judicial notice of these materials for the limited purpose of recognizing their existence, contents, and procedural posture, as they have a direct relation to the matters at issue.

Dated: June 22, 2026

FISHER & PHILLIPS LLP

By: */s/ Usama Kahf*
USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On June 22, 2026 I served the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Seth Adam Safier<br>Marie Ann McCrary<br>Todd Kennedy<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ***Attorneys for Plaintiffs VISHAL SHAH, HEIDI WILLIS, and STACY PENNING***<br><br>Tel: 415.639.9090<br>Fax: 415.449.6469<br>Email: seth@gutridesafier.com<br>marie@gutridesafier.com<br>todd@gutridesafier.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 22, 2026 at Irvine, California.

Stephanie A. Crisp
Print Name

By: [signature]
Signature