eUSAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE)*
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

Attorneys for Defendant
POLITICO LLC

*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| VISHAL SHAH, HEIDI WILLIS, and STACY PENNING, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLITICO LLC,<br><br>Defendant. | Case No: 5:25-cv-05213-NW<br><br>**DEFENDANT POLITICO LLC'S REQUEST FOR REMOTE APPEARANCE BY CLIENT REPRESENTATIVE**<br><br>SAC Filed: October 16, 2026<br>FAC Filed: June 4, 2026<br>Complaint Filed: June 20, 2025<br>Trial Date: Not Set |

DEBORAH A. HEDLEY (SBN 276826)
E-Mail: dahedley@fisherphillips.com
**FISHER & PHILLIPS LLP**
21600 Oxnard Street, Suite 700
Woodland Hills, CA 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

CATHERINE M. CONTINO (*PRO HAC VICE)*
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

XUAN ZHOU (SBN 333504)
E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Dr. Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9632

Defendant POLITICO LLC ("POLITICO") respectfully requests the Court for an order permitting its client representative to appear by Zoom videoconference at the Discovery Hearing set for October 21, 2026, at 11:00 a.m. That representative is Meredith Jolivert, POLITICO's Chief Legal Officer, who has authority for litigation management. In the alternative, POLITICO asks the Court to continue the hearing to a date when Ms. Jolivert can attend in person. Because the hearing is set for tomorrow, POLITICO also asks the Court to decide this request before the hearing.

On October 20, 2026, the Court issued a Clerk's Notice about the Eighth, Ninth, and Tenth Discovery Letter Briefs (Dkts. 138, 139, 140). The Order stated that it would address those letter briefs at the Discovery Hearing set for October 21, 2026, at 11:00 a.m. In the same entry, the Court ordered "Plaintiff Shah and a client representative with authority for litigation management for Politico to be present at 11:00 AM in person in Courtroom 5, 4th Floor, San Jose." The entry was made on the docket at 1:22 p.m. on October 20, 2026, approximately than 22 hours before the hearing.

POLITICO is headquartered in Arlington, VA. Ms. Jolivert works there and leads POLITICO's legal function from there. Because POLITICO is based on the East Coast, it engaged California counsel, Fisher Phillips LLP, to represent it here. Counsel of record will appear in person in Courtroom 5 as scheduled.

Ms. Jolivert has business obligations, scheduled before the Court's order, that require her to be in Arlington, VA on October 21, 2026. Given the short notice and cross-country travel times, she cannot reach San Jose in time for an 11:00 a.m. Pacific hearing. The three other members of POLITICO's legal department are based in Arlington, VA and Brussels, Belgium respectively and also cannot travel to San Jose by tomorrow. Ms. Jolivert has reserved the hearing time on her calendar and is ready to appear remotely for the hearing.

POLITICO takes the Court's order seriously and makes this request respectfully. Given the impossibility of a personal appearance on such short notice, POLITICO seeks to provide live participation by a POLITICO representative with authority for litigation management through alternate means. Ms. Jolivert has this authority and is available to be on video for the entire hearing. She can answer the Court's questions, confer with counsel in real time, and make decisions on

POLITICO's behalf about the disputes in the letter briefs. In the alternative, POLITICO asks the Court to continue the hearing to a date convenient for the Court. Ms. Jolivert will attend that hearing in person in San Jose. Ms. Jolivert is available to be in San Jose November 2-6 and again November 9-10.

Additionally, Fisher Phillips associate Catherine Contino is traveling from New York to attend the hearing in person. Given the Court's order from today, POLITICO respectfully requests that the Court also allow Senior Partner Danielle Kays, who resides in Illinois but will be traveling to Tennessee for a speaking engagement on October 21, 2026 to also attend the hearing remotely to address any questions the Court has that extend beyond the briefed issues.

Dated: October 20, 2026

FISHER & PHILLIPS LLP

By: /s/ Usama Kahf

USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant
POLITICO LLC