United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISHAL SHAH,

Plaintiff,

v.

POLITICO LLC,

Defendant.

Case No. 25-cv-05213 NW (NC)

**ORDER ADDRESSING NOTICE FILED BY POLITICO**

RE: ECF 142

Federal Rule of Civil Procedure 7(b)(1) provides that "A request for a court order must be made by motion." Politico's "Notice" filed yesterday at ECF 142 is not a motion and was not accompanied by a proposed order stating the relief sought. Fed. R. Civ. P. 7(b)(1)(C). The Court therefore has no motion before it to grant or deny. The Court will address the Notice at the discovery hearing already set for today at 11:00 a.m. in San Jose courtroom No. 5.

**IT IS SO ORDERED.**

Dated: October 21, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge