**Gutride Safier LLP**
Seth Adam Safier (State Bar No. 197427)
seth@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
425-761-6646

Attorneys for Plaintiffs
VISHAL SHAH, HEIDI WILLIS, and
STACY PENNING

**FISHER & PHILLIPS LLP**
USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (PRO HAC VICE)
E-Mail: dkays@fisherphillips.com
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

Attorneys for Defendant
POLITICO LLC

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

VISHAL SHAH, HEIDI WILLIS, and STACY PENNING, individuals, on behalf of themselves, the general public, and those similarly situated ,

Plaintiffs,

V.

POLITICO LLC,

Defendants.

Case No. 5:25-cv-05213-NW

**STIPULATION TO EXTEND DEADLINE TO DEFENDANT POLITICO LLC'S DEADLINE TO FILE ITS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER**

Defendant POLITICO LLC ("POLITICO") and Plaintiffs Vishal Shah, Heidi Willis, and Stacy Penning (collectively, "Plaintiffs" and with POLITICO, the "Parties"), by and through their respective counsel, hereby stipulate in accordance with Local Rules 6-1, 6-2, and 7-12 to extend the time for POLITICO to respond to Plaintiffs' Second Amended Complaint (Dkt. No. 136, the "SAC"), including the filing of a motion to dismiss, by fourteen days, up to and including November 13, 2026.

WHEREAS, Plaintiffs filed their Complaint on June 20, 2025. (Dkt. No. 1.)

WHEREAS, POLITICO requested and was granted an extension to respond to Plaintiffs' Complaint. (See Dkt. Nos. 8, 12.)

WHEREAS, POLITICO filed its Motion to Dismiss Plaintiffs' Complaint on August 14, 2025. (Dkt. No. 18.)

WHEREAS, the Court granted in part and denied in part POLITICO's Motion to Dismiss Plaintiffs' Complaint on February 6, 2026. (See Dkt. No. 74.)

WHEREAS, Plaintiffs filed their First Amended Complaint on June 4, 2026. (Dkt. No. 108.)

WHEREAS, POLITICO filed its Motion to Dismiss Plaintiffs' First Amended Complaint on June 10, 2026. (Dkt. No. 110.)

WHEREAS, on September 25, 2026, the Court granted in part and denied in part POLITICO's Motion to Dismiss the First Amended Complaint and granted Plaintiffs until October 16, 2026 to file a second amended complaint. (See Dkt. No. 131.)

WHEREAS, on October 16, 2026, Plaintiffs filed their SAC.

WHEREAS, POLITICO's deadline to file its response to Plaintiffs' SAC is October 30, 2026.

WHEREAS, POLITICO has not previously requested an extension to the deadline to file its response to Plaintiffs' SAC.

WHEREAS, the Parties have been engaged in substantive and fruitful discussions to resolve this litigation.

WHEREAS, the Parties agree that the relief requested by this Stipulation will not cause prejudice to any party and will serve the interest of judicial economy and facilitate an efficient and expeditious resolution of this dispute.

WHEREAS, this request would not affect the date of an event or deadline already fixed by Court order and will not accelerate or extend time frames set in the Local Rules or in the Federal Rules.

WHEREFORE, the Parties stipulate and respectfully request that this Court enter an order extending POLITICO's time to file its response to Plaintiffs' SAC by fourteen days, up to and including November 13, 2026.

Dated: October 28, 2026

Gutride Safier LLP

By: */s/ Rajiv V. Thairani*

Seth Adam Safier
Hayley A. Reynolds
Rajiv V. Thairani

Attorneys for Plaintiffs
VISHAL SHAH, HEIDI WILLIS, and STACY PENNING

Dated: October 28, 2026

Fisher & Phillips LLP

By: */s/ Usama Kahf*

USAMA KAHF
DANIELLE KAYS
CATHERINE M. CONTINO
XUAN ZHOU

Attorneys for Defendant
POLITICO LLC

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

1. POLITICO's time to file its response to Plaintiffs' SAC is extended by fourteen days, up to and including November 13, 2026.

**IT IS SO ORDERED.**

Date: ________________

________________________________
Honorable Noël Wise
U.S. District Judge