United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH, et al.,<br>Plaintiffs,<br>v.<br>POLITICO LLC,<br>Defendant. | Case No. 25-cv-05213-NW<br><br>**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: ECF No. 153 |

On November 3, 2026, the parties filed a notice of settlement stating that they "have reached a settlement in principle of all individual claims in this matter" and "anticipate filing a Stipulation of Dismissal within the next thirty (30) days." ECF No. 153. Accordingly, all dates and deadlines are VACATED.

Parties shall file their stipulation of dismissal by Friday, **December 4, 2026**. The Court sets a compliance hearing regarding dismissal for Tuesday, **December 15, 2026**, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by December 4, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by **December 8, 2026**. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Noël Wise
United States District Judge